906

No. 89–1576. TRAVELERS INDEMNITY CO. *v.* AVONDALE INDUSTRIES, INC., ET AL. C. A. 2d Cir. Certiorari denied.

No. 89–1577. HOOPER *v.* GILL ET AL. Ct. Sp. App. Md. Certiorari denied.

No. 89–1578. MOORE *v.* CITY OF COSTA MESA ET AL. C. A. 9th Cir. Certiorari denied.

No. 89–1581. UNITED STATES FIDELITY & GUARANTY CO. *v.* URETA. C. A. 5th Cir. Certiorari denied.

No. 89–1586. BATES *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 89–1589. ALPHA WIRE CORP. ET AL. *v.* SIEGEL. C. A. 3d Cir. Certiorari denied.

No. 89–1594. LEGG *v.* NORTH CAROLINA BOARD OF LAW EXAMINERS. Sup. Ct. N. C. Certiorari denied.

No. 89–1596. SUMNER *v.* ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 89–1597. GENERAL ACCIDENT FIRE & LIFE ASSURANCE CORP. LTD. *v.* ITT GENERAL CORP. ET AL. C. A. 3d Cir. Certiorari denied.

No. 89–1601. FULLER, INDIVIDUALLY AND DBA PARTY TIME PRODUCTIONS *v.* MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH, GEORGIA. Ct. App. Ga. Certiorari denied.

No. 89–1610. MORI *v.* MCCRANE ET AL. Super. Ct. N. J., App. Div. Certiorari denied.

No. 89–1612. IRBY ET AL. *v.* VIRGINIA STATE BOARD OF ELECTIONS ET AL. C. A. 4th Cir. Certiorari denied.

No. 89–1613. BASTIAN ET AL. *v.* PETREN RESOURCES CORP. ET AL. C. A. 7th Cir. Certiorari denied.